MARIE FRIEDMAN, Respondent, *v.* NORTH SIDE SAVINGS BANK, Appellant.

Supreme Court, Appellate Term, First Department, December 20, 1938.

*Adolph E. Gutgsell,* for the appellant.

*Martin J. Lyons, Jr.,* for Eugene J. McGuire, sheriff of Bronx county, person sought to be interpleaded.

*Tibbetts, Lewis, Lazo & Welch,* for Charles H. Marshall and others, doing business, etc., persons sought to be interpleaded.

PER CURIAM. Interpleader, under the Banking Law, is not limited to any particular court, but may be obtained in the court where the action is pending. (Banking Law, § 239, subd. 6, ¶ [a]; *Gottschall* v. *German Savings Bank,* 45 Misc. 27.)

Order reversed, with ten dollars costs, and motion granted.

LYDON and SHIENTAG, JJ., concur.

HAMMER, J. (dissenting). I dissent. Agreeing with the rule of law stated, I am for affirmance, as the court below seemed to exercise a wise discretion in refusing interpleader as the issues should be tried and determined in the conversion action pending in the Supreme Court, in which the funds have been attached by the sheriff.